# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142844

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LORENZO DENNIE,
      Plaintiff-Appellee,

v

MONTGOMERY, INC. and PROVIDENCE
PROPERTY & CASUALTY INSURANCE
COMPANY,
      Defendants-Appellants,
and

SECOND INJURY FUND, DUAL
EMPLOYMENT PROVISIONS,
      Defendant-Appellee.

SC: 142844
COA: 299530
WCAC: 08-000029

_____/

      On order of the Court, the application for leave to appeal the February 18, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

t0620